JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9080 W. Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Plaintiff NOLI RAZALAN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NOLI RAZALAN, | Case No. 2:12-cv-00464-GMN-GWF |
| Plaintiff, | |
| vs. | |
| CHERYL ELUMBA, an individual; TERENCE ELUMBA, an individual; MARYKE WEISBERG, an individual; and, DOES 1 through 10, inclusive; | |
| Defendants/Judgment Debtors. | |

### ~~(PROPOSED)~~ ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR CHERYL ELUMBA

It appearing to the Court by the Ex-Parte Motion for Order Allowing Examination of Judgment Debtors that Judgment was entered against Judgment Debtor CHERYL ELUMBA on December 18, 2012, and good cause appearing,

**IT IS HEREBY ORDERED**, that Judgment Debtor CHERYL ELUMBA shall personally appear at **10:00 a.m.** on **June 25, 2013** before Joseph P. Garin, Esq. of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. at Esquire Solutions, 2300 W. Sahara Ave., Suite 770, Las Vegas, NV 89102.

///

///

**IT IS FURTHER ORDERED** that Judgment Debtor CHERYL ELUMBA shall present for inspection, at the date and time above-stated, copies of the following documents:

1. For any non-exempt accounts owned or controlled by Judgment Debtor, all bank statements for 2012 and 2013;
2. Copies of deeds for non-exempt real property owned or controlled by Judgment Debtor in 2012 and 2013; and
3. Copies of titles for non-exempt property owned or controlled by Judgment Debtor in 2012 to 2013

and to then and there answer questions upon oath regarding the property and assets of Judgment Debtor CHERYL ELUMBA,

Judgment Debtor CHERYL ELUMBA is hereby forbidden in the meantime from disposal of any property not exempt from execution. Failure to appear at the time and place stated above may result in a bench warrant being issued.

DATED this 28th day of May, 2013.

*George Foley Jr.*
United States Magistrate Judge

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500