1 | JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
2 | LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.
9080 W. Post Road, Suite 100
3 | Las Vegas, NV 89148
Telephone: (702) 382-1500
4 | Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
5
*Attorneys for Plaintiff NOLI RAZALAN*
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

NOLI RAZALAN,                                    Case No. 2:12-cv-00464-GMN-GWF

                    Plaintiff,

vs.

CHERYL ELUMBA, an individual; TERENCE
ELUMBA, an individual; MARYKE
WEISBERG, an individual; and, DOES 1
through 10, inclusive;

                    Defendants/Judgment
                    Debtors.

### ~~(PROPOSED)~~ ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR TERENCE ELUMBA

It appearing to the Court by the Ex-Parte Motion for Order Allowing Examination of Judgment Debtors that Judgment was entered against Judgment Debtor TERENCE ELUMBA on December 18, 2012, and good cause appearing,

**IT IS HEREBY ORDERED**, that Judgment Debtor TERENCE ELUMBA shall personally appear at **11:00 a.m.** on **June 25, 2013** before Joseph P. Garin, Esq. of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. at Esquire Solutions, 2300 W. Sahara Ave., Suite 770, Las Vegas, NV 89102.

///

///

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

1    **IT IS FURTHER ORDERED** that Judgment Debtor TERENCE ELUMBA shall present

2 for inspection, at the date and time above-stated, copies of the following documents:

3    1.  For any non-exempt accounts owned or controlled by Judgment

4        Debtor, all bank statements for 2012 and 2013;

5    2.  Copies of deeds for non-exempt real property owned or controlled

6        by Judgment Debtor in 2012 and 2013; and

7    3.  Copies of titles for non-exempt property owned or controlled by

8        Judgment Debtor in 2012 to 2013

9 and to  then and there answer questions upon oath regarding the property and assets of

10 Judgment Debtor TERENCE ELUMBA.

11    Judgment Debtor TERENCE ELUMBA is hereby forbidden  in the meantime from

12 disposal of any property not exempt from execution. Failure to appear at the time and place

13 stated above may result in a bench warrant being issued.

14    DATED this _28th_ day of _May_, 2013.

15

16    _George Foley Jr._

17    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV  89148
(702) 382-1500